**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

Madysin Barshow,                    )
                                    )
    Plaintiff,                  )    Case No.:  4:26-cv-00436
                                    )
v.                                  )
                                    )
                                    )
Trans Union, LLC., et al.           )
                                    )
    Defendants.                 )
                                    )

**NOTICE OF SETTLMENT WITH ONLY EQUIFAX**

COME NOW, Plaintiff, Madysin Barshow Tran and Defendant Equifax Information Solutions,

Inc hereby advises this Honorable Court that a settlement in this cause has been reached and is in the

process of being finalized.  The parties  intend to file a stipulation of dismissal with prejudice within

sixty (60) days.   The matter remains against Experian Information Solutions, Inc

By:  /s/ Matthew P. Cook
      Cook Law, LLC
      Matthew P. Cook #62815
      Attorney for Plaintiff
      2885 Sanford Ave SW #42270
      Grandville, MI 49418
      Phone:  314-200-5536
      Email:  Cookmp21@yahoo.com

*Attorney for Plaintiff*

**Certificate of Service**
    The undersigned certifies that a true copy of the foregoing were sent to the Court's electronic filing system on the 9th day of June, 2026 and was accordingly electronically served to all appropriate parties.

    /s/ Matthew P. Cook, Esq.